

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY - 8 2023
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE Northern DISTRICT OF TEXAS
Lubbock DIVISION

Julian Williams 02254075
Plaintiff's Name and ID Number

Montford Unit; 8602 Peach Ave; Lubbock, TX 79404
Place of Confinement

CASE NO. 5-23CV-102-C
(Clerk will assign the number)

v.

Oscor Mendoza (Dir. tdcj) P.O Box 99; Huntsville, TX 77342
Defendant's Name and Address

Stephan Bryant (Region V Dir) 304 West 6th street; Plainview, TX 79072
Defendant's Name and Address

Bobby Lumpkin (Dir. tdcj) P.O Box 99; Huntsville, TX 77342 (ETC)
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: October 8, 2021
2. Parties to previous lawsuit:
   Plaintiff(s) Julian Williams; 2254075
   Defendant(s) Oscar Mendoza, Bobby Lumpkin, Stephen Bryant, ETC
3. Court: (If federal, name the district; if state, name the county.) Northern District, Lubbock
4. Cause number: 5-21CV0221-H
5. Name of judge to whom case was assigned: James Wesley Hendrix
6. Disposition: (Was the case dismissed, appealed, still pending?) Dismissed
7. Approximate date of disposition: Feburary 7, 2022

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Montford Unit, 8602 Peach Ave; Lubbock, TX 79404

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: [crossed out] Julian Williams; 2254075; Montford Unit; 8602 Peach Ave; Lubbock, TX 79404

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Bobby Lumpkin (Director of tdcj) Place of employment; P.O Box 99; Huntsville, TX 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

failing to advise, properly train officals, Negligence

Defendant #2: Oscar Mendoza (Deputy Executive Dir) of tdcj P.O Box 99; Huntsville, TX 77342

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

failing to advise, correctly train officals, Negligence

Defendant #3: Stephen Bryant (Region V Director) of tdcj, 304 West 6th street; Plainview, TX 79072

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate Indifferance Retaliation, Gross Negligence, improper staff training, failing to advise

Defendant #4: Nicholas Martin (Assistant Warden) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate Indifferance, Gross Negligence, Lack of staff training Inhumane conditions.

Defendant #5: Daniel Pacheco (Major) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Deliberate Indifferance, Negligence, Improper staff training

continued on next page.

Defendant #6: Antonio Duran III (Sergeant) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Retaliation, Deliberate indifferance, Gross Negligence, failed to advise.

Defendant #7: Rodney Willson (Sergeant) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Retaliation, Deliberate indifferance, Gross Negligence, failed to advise.

Defendant #8: Brian Janow (Sergeant) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Deliberate indifferance, Gross negligence, failed to advise

Defendant #9: Israel Espinosa Barajas (Lieutenant) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Gross Negligence, failed to advise, Deliberate Indifferance.

Defendant #10 Lloyd Stewart (Correctional Officer) of Bill Clements Unit; 9601 Spur 591; Amarillo, TX 79107

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Deliberate indifferance, Gross Negligence, Retaliation, unwanted inflection of pain, inhumane coditions.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

On Janurary 13th of 2023 Friday at time 5 a.m to 5:30 a.m (Sergeant) Antonio Duran III and (Sergeant) Rodney Willson on ECB Bill Clements Unit C wing cell (230) came into my cell while me and my cellmate was up talking an stated to my cellmate step out. my cellmate then asked why due to past harrasment then eventaully stepped out. I then was placed in handcuffs for no reason and sprayed with chemical agents

continued on next page.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetary relief $180,000 per defendant, injunctive relief compensatory damages inhumane conditions and everything the courts finds equitable poper.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

SouthPark, Slim, H-town, HotSauce

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

2254075 2055484

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): X
2. Case number: X
3. Approximate date sanctions were imposed: X
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

Rev. 05/15

(Continuation of Complaint)

while in handcuffs then slammed to the ground and, Kicked and punched sevral times then while blinded by chemical agents one of the two sergeants slightly pulled down my pants and inserted an finger in my anal (buttocks). This is the second time I have suffered with inmate brutality and 3RD time with a sexual assault while in this region V of Lubbock, Amarillo TX. I then was placed in the holding cell and was verbally abuse by the namely ranking staff being called Porch Monkey, Snitch, Nigger, Punk, Faggot because of my LGTBQ sexuality also in the past being denied my transgender card because of my looks all because I have my family call the Unit on Rodney Willson Retaliation was the case

I then stayed in the Holding cage until shift change 6:00 a.m with no restroom or water until around almost 7:00 then told i was getting moved to P.H.D Pre-Hearing-Detention for threaten staff which was offically a false case I then told Brain Janow sergeant and another unknown sergeant and the lieutenant; Israel Espinosa Barajas I was suicidal and I cant take this anymore Im tired of getting messed over by people and they laughed about it I then told them how last shift sexual assaulted me and they laugh even more doing nothing just taking me to P.H.D Pre-Hearing-Detention taking my Cloths and shoes leaving me inside a cell with no mattress or no blanket nor sheet with just boxers I waited almost an hour for security check

to notifiy staff I was suicidal then seen finally by an unknown nurse. While Brain Janow and Israel Espinosa Barajas took me to crisis Manegment (Suicidal Watch Wing) Brain Janow then begin to bend my wrist and do different various of methods trying to get a negative reaction out of me such as bending fingers, etc.

---

While on Crisis Mangement, Suicidal Watch (Correctional Officer) LLoyd Stewart, and (Sergeant) Brain Janow did place me in 12 building B wing A1 13 cell it was really inhumane conditions with human feces, blood, urine, on the walls, floor, laying area of cell then I tryed to Kill myself my with suicide blanket which was then take by Lloyd Stewart under °20 F degree weather never to return it or nor was a blanket medical paper suicide blanket given to me over 24 hours under 20 degree weather. Nurse Lunn the next day over 24 hours then return my suicide blanket then I found a way to make a way to hang myself again and again my blanket was tooken a second time Nurse Lunn on Bill Clements then told me the only way to then get my blanket back in such cold weather was to have a (C.O) Correctional officer (surveillance) close watch 24 hours a day (per Doctors Notice only) and that they dont have any paper suicidal blankets I then agreed, then nurse Lunn then, also stated I would have to get moved to 1 Row (4) cell to be watch closely.

I then I was moved to one row to have the 24 hours surveillance. Lloyd Stewart the begin to starve me not feeding me at all also refusing me a personal to clean the other inhumane conditions cell such a more feces, blood, urine on the walls, floor laying area of cell on top of all this nor from the dates of January 13th of 2023 to the date of Janurary 28th of 2023 did the staff call for anyone to take or recieve a shower inside those inhumane living conditions. These witness includes inmate Ayat Graves on Bill Clements, Ruben Salazar D.O.B 11/22/92 on Bill Clements also an Inmate, an a (C.O) Correctional officer. Joshua Wheat they are all witnesses as these inhumane living conditions are infact to true

While remaining on 24 hour surveillance watch on Crisis Mangment (sucidal Watch) Daniel Pacheco (Major) and a unknown sergeant Male walked up to my cell and stated to me he dont care if its a Doctor order or Wardens order he runs the unit and he's not assigning nobody to watch me for 24 hour surveillance a day basically denieing doctors orders. Risking my own safety.

While inside of the cell in 4 'cell 1 Row (Assistant Warden) Nicholas Martain did a walk thru on the Crisis Mamgement I then told him the previous thing stated that his staff did and he then

stated nothing simply walking away carelessly walking away smiling.

---

Since being at Montford Unit I have wrote Oscar Mendoza (~~[illegible]~~ tdcj Director) about these issues and (Bobby Lumpkin) Director of tdcj and also Stephen Bryant (Region V Director) and havent recieved no response at all basically being blatantly ignored since my suicide attempt im not on Bill Clements im at Montford Unit; 8602 Peach Ave; Lubbock, TX 79404, I would like to get moved out this rediclious region due to a safety risk, sevral retaliation cases and fear of my life due to this 1983 law suit.

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): X
2. Case number: X
3. Approximate date warning was issued: X

Executed on: 04-27-23
DATE

Julian Williams
Julian Williams
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 27th (Day) day of April (month), 20 23 (year).

Julian Williams
Julian Williams
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Julian Williams
(#2254075)
TDCJ Montford Unit
8602 Peach Ave
Lubbuck, TX 79404




RECEIVED
MAY 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District
Court Office of the Clerk
Northern District of Texas
1205 Texas Ave., Rm. 209
Lubbock, TX 79401

Legal Mail


Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice Institutional
Division